Case No. 23-3061, United States of America v. Patrick Edward McCaughey, III, Appellant. Mr. Boyle for the Appellant, Ms. DeHill for the Envoy. Good morning, Counsel. I understand that the parties have agreed that the government should speak first in this case, so we'll hear from the government. Good morning, Your Honor. May it please the Court. My name is Chris Ellen Kolb. I have not formally entered an appearance in this matter. I am with Mr. Hill. I am currently the Chief of the Appellate Division, U.S. Attorney's Office, pursuant to Rule 48. The government is moving to dismiss this case. Prejudice. Government cites to... With prejudice? Pardon me? With prejudice? Yes, Your Honor. The government cites to the executive order dated January 20, 2025, granting pardons and commutation of sentences for certain offenses relating to the events at or near the United States Capitol on January 6, 2021, as the reason for this dismissal. Thank you. Thank you, Your Honor. Counsel for Mr. McCaughey wishes to speak? The defense has no objection, Your Honor. Thank you. All right, we will expect filings from both counsel as to whether they wish to dismiss this appeal and have it remanded to the district court for dismissal with prejudice, which would be the appropriate process. We'll expect those letters as promptly as possible because this is a criminal case. And with that, the case is submitted. Thank you.
judges: Millett; Wilkins; Childs